AO 91 (Rev. 11/11) Criminal Complaint

United States District Court
Southern District Of Texas
FILED

OCT 12 2019

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF TEXAS

United States of America
v.

HERNANDEZ, Adam YOB: 1972 POB: US
VEGA-Olvera, Gilberto YOB: 1992 POB: MX

Case No. M-19-2488-M

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 8/12/2019 in the county of Hidalgo in the SOUTHERN District of TEXAS, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 (a) (1) | Knowingly and intentionally possess with intent to distribute approximately 32.1 kilograms of cocaine, schedule II controlled substances. |

This criminal complaint is based on these facts:

(See Attachment I)

☐ Continued on the attached sheet.

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. P. 4.1, and probable cause found on;

Approved by: Sarina Dipiazza
Sworn to before me and signed in my presence.

Date: 10/12/2019

City and state: McAllen, Texas

*Complainant's signature*
Patrick Zaruba, DEA Special Agent
*Printed name and title*

*Judge's signature*
J. SCOTT HACKER, Magistrate Judge
*Printed name and title*

ATTACHMENT I

On October 11, 2019, Drug Enforcement Administration (DEA) Agents were conducting a narcotics investigation at a residence located in Mission, TX, hereafter referred to as the TARGET RESIDENCE. At approximately 3:40 PM agents observed a gray Volkswagen Jetta bearing buyer paper tags, 47562V9, hereafter referred to as the TARGET VEHICLE, arrive at the Target Residence.

At approximately 3:43 PM Agents observed a male later identified as Gilberto VEGA-OLVERA, exit the TARGET VEHICLE and make contact with another male, later identified as Adam HERNANDEZ. Agents further observed both individuals enter the TARGET RESIDENCE and exit through the garage with VEGA-OLVERA carrying a black bag walking along side HERNANDEZ. VEGA-OLVERA was then observed placing the black bag into the trunk of the TARGET VEHICLE.

At approximately 3:48 PM VEGA-OLVERA departed the TARGET RESIDENCE in the TARGET VEHICLE.

At approximately 3:51PM, Mission Police Department Police Officer Francisco Garza conducted an independent probable cause traffic stop on the TARGET VEHICLE. Upon conducting the traffic stop, Officer Garza made contact with VEGA-OLVERA, the sole occupant of the vehicle. VEGA-OLVERA provided Officer Garza consent to search the vehicle.

A search of the TARGET VEHICLE by Officer Garza resulted in the finding of twenty-five (25) bundles of suspected cocaine wrapped in tape (Approximately 32.1 kilograms) located within the glove box and trunk of the TARGET VEHICLE.

VEGA-OLVERA was detained and transported to the Mission Police Department for further questioning.

DEA Special Agents responded to the Mission Police Department and interviewed VEGA-OLVERA. TFO Lucio read VEGA-OLVERA his Miranda rights in his preferred language of Spanish, VEGA-OLVERA understood his rights and was willing to speak to agents without the presence of an attorney, witnessed by Agent Zaruba.

VEGA-OLVERA admitted to picking up the aforementioned cocaine from a residence in Mission, Texas. VEGA-OLVERA told agents that HERNANDEZ provided him with the cocaine that were found in his vehicle and he identified HERNANDEZ by picture as the person that provided him with the cocaine when he arrived at the residence. VEGA-OLVERA told agents that he would get paid $1,000 a week for picking up cocaine from different people.

TFO Lucio received consent from VEGA-OLVERA to search his phones and TFO Lucio placed a phone call to phone number that VEGA-OLVERA stated belonged to HERNANDEZ. DEA Agents

ATTACHMENT I

who were at a consent to search at the TARGET RESIDENCE and had HERNANDEZ's cell phone confirmed that HERNANDEZ's phone rang.

DEA Agents arrested HERNANDEZ and transported HERNANDEZ to the DEA McAllen, Texas office for questioning and processing.

HERNANDEZ was read his rights in his preferred language of English and requested an attorney, witnessed by SA Zaruba.

A Field test was conducted on one brick of suspected narcotics, and it tested positive to the presence of cocaine. The twenty-five (25) bundles had a combined weight of approximately 32.1 kilograms.